UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF OHIO

FILED
APR 07 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Mr. Rosel C. Hurley III.,
12800 Shaker Boulevard, STE 230
Cleveland, OH 44120
    Plaintiff,

Judge Donald Nugent

-vs-

Civil Action No. 1:21cv1099

National Basketball Players Association,
National Basketball Association, et al.
    Defendant,

GRANTED: \_\_\_\_ DENIED: X
IT IS SO ORDERED.

*[handwritten: As must have agreed to Arbitration]*

U.S. DISTRICT JUDGE 4/24/23

## PLAINTIFFS' MOTION TO COMPEL ARBITRATION

1. Plaintiff hereby respectfully moves the Court to compel Defendant to initiate and engage in an agreed to arbitration proceedings.

2. Plaintiff wants to inform the court that Plaintiff and Defendants issue is covered by the arbitration agreement listed in section 5 of the NBPA Regulations Governing Players Agents (Exhibit A).

3. Plaintiff also wants to inform the Court that Plaintiff and Defendant had agreed to begin arbitration proceedings but Defendant, after agreeing to arbitration, has refused to begin the process. (Exhibit B)

4. This motion is brought pursuant to the Federal Arbitration Act. The arbitration agreement is governed by the FAA and, as such, is valid and enforceable in